**Afak Hamis HMIDAN;
et. al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 06–73586.

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2012.*

Filed March 14, 2012.

Ronald G. Finch, Esq., Phoenix, AZ, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Jeffrey Leist, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Afak Hamis Hmidan and her children petition pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's decision denying their motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Lin v. Gonzales,* 473 F.3d 979, 981 (9th Cir.2007). We deny the petition for review.

The BIA correctly determined that 8 C.F.R. § 1003.23(b) barred petitioners' motion to reopen where petitioners departed the United States while they were still the subjects of removal proceedings. *See id.* at 982.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.